**Joseph ABBONDANZO, Plaintiff–Appellant,**

v.

**HEALTH MANAGEMENT SYSTEMS, INC., Defendant–Appellee.**

**Docket No. 01–9372.**

United States Court of Appeals, Second Circuit.

May 20, 2002.

Joseph Abbondanzo, pro se, Convent Station, NJ, for Appellant.

Richard L. Steer, Jones Hirsch Connors & Bull, N.Y., NY, for Appellee.

Present FEINBERG, KEARSE and B.D. PARKER, Jr., Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was submitted by plaintiff *pro se* and by counsel for defendant.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed sub-

**4**

stantially for the reasons stated in Judge McKenna's Memorandum and Order dated October 24, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.